BEFORE THE FIRST DIVISION, AUGUST 28, 1939

No. 41996.—Protest 738291–G of Patten MacKenzie & Co. (Portland, Oreg.).

Opinion by McCLELLAND, P. J.   There was an absence of competent evidence with regard to the component material of chief value of the boots and shoes in question.   The protest was therefore overruled.   Brown, J., concurred with qualifications.

BEFORE THE SECOND DIVISION, AUGUST 28, 1939

No. 41997.—Protest 89263–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551), filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), veils the same as those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809), and an embroidered dress in part of lace similar to that passed upon in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544).   On the established facts the claim at 75 percent under paragraph 1430 was sustained.

No. 41998.—Protests 128839–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) and embroidered articles like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396).   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41999.—Protest 167303–G of Kalil Akkoul (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 42000.—Protests 360420–G, etc., of James McCreery & Co. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of laces like those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and others similar to those passed upon in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.